**Order entered September 17, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00562-CV**

**IN THE MATTER OF D.L., A JUVENILE**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-19-01412-X**

**ORDER**

After appellant failed to respond to our request regarding the reporter's record in this case, we ordered the appeal submitted without a reporter's record. Thereafter, the trial court appointed Frankie Adler to represent appellant, and appellant filed a letter with this Court requesting preparation of the reporter's record.

Accordingly, we **VACATE** our order of August 18, 2020 submitting this appeal without a reporter's record and ordering appellant's brief to be filed. We **DIRECT** the Clerk of the Court to forward a copy of appellant's request for the

reporter's record to Pamela Sumler, Official Court Reporter for the 305th Judicial District Court.

The reporter's record shall be filed within **THIRTY DAYS** of the date of this order.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE